**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00001-MR**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Appellee, ) | |
| ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| **RODERICK F. CHARRON,** ) | |
| ) | |
| Appellant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 2].

On August 15, 2017, the Appellant Roderick F. Charron was issued a citation for entering the premises of the Veterans Affairs Medical Center under the influence of alcoholic beverages, in violation of 38 C.F.R. § 1.218(a)(7). [Violation Notice, Doc. 1 at 1]. On December 22, 2017, the Honorable Dennis L. Howell, United States Magistrate Judge, found the Appellant guilty of this offense and sentenced him to a term of imprisonment of 100 days with credit for time served. [Judgment in a Criminal Case, Doc. 1-1]. The Appellant, who was represented by counsel before the Magistrate

Judge, filed a timely Notice of Appeal from the Magistrate Judge's Judgment on January 4, 2018. [Doc. 2].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal.

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS SO ORDERED**.

Signed: January 8, 2018

Martin Reidinger
United States District Judge